**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-CA-0691

Barges Unlimited Inc. and Cornelius J. Tabor, Jr.

- - Versus - -

Morgan City Stevendores, LLC, Babin Marine, LLC, Roland
Shapley and Lee Babin

16th Judicial District Court
Case #: 133815
St. Mary Parish

On Application for Rehearing filed on  02/08/2023 By Barges Unlimited, Inc.

Rehearing _____ *Denied* _____

_____
Mitchell R. Theriot

_____
Wayne Ray Chutz

_____
Chris Hester

Date **FEB 1 5 2023**

_____
Rodd Naquin, Clerk